# EXHIBIT "F"

# Kenneth Danielsen

**From:** Vere, Brenda [brenda.vere@philips.com]
**Sent:** Tuesday, October 28, 2014 12:28 PM
**To:** Kenneth Danielsen
**Subject:** FW: Robocalling/brand theft concerns
**Attachments:** image001.png

This the private investigation we started to find the culprits.

**From:** Holley, David A [mailto:dholley@Kroll.com]
**Sent:** Friday, May 10, 2013 4:26 PM
**To:** Vere, Brenda
**Cc:** Duffy, Meagan
**Subject:** Re: Robocalling/brand theft concerns

Brenda,

Excellent. I will send over an engagement letter and connect with you on Monday.

Have a great weekend,

Dave

David A. Holley
Senior Managing Director
646.358.6026

On May 10, 2013, at 3:58 PM, "Vere, Brenda" <brenda.vere@philips.com> wrote:

> Thanks David – lets start. Please let me know what you need to get going. Please provide invoice (bill/proposal) to myself and Meagan Duffy to get set up in our system.
>
> Thanks Brenda Vere
>
> **From:** Holley, David A [mailto:dholley@Kroll.com]
> **Sent:** Thursday, May 09, 2013 1:13 PM
> **To:** Vere, Brenda
> **Subject:** RE: Robocalling/brand theft concerns
>
> Brenda, let's start with a budget of $9,500, that allows us to work from both ends, to be divided as follows:
>
> A. 16 hours (two days) at $275 to $325 per hour of calls to the numbers we have already to try and gather information from the telemarketing company and the next level up. We will try and understand who these people work for and their client. We will make the calls from locations we can record from.
>
> B. 5 to 6 hours at $300 to $350 to make some strategic buys – again from locations that we can record from.

11/11/2014

C. Case management time – 4 hours at $550 per hour.

From there, we will see where the leads take us and take it from there. Structuring this way will keep an eye on costs, etc.

Let me know your thoughts.

Regards,

Dave

---

**David A. Holley**
Senior Managing Director
Kroll
10 High Street
  Suite 805
Boston, Massachusetts 02110
Direct: 617-210-7466
Fax: 617-350-7901
Cell: 646-358-6026
dholley@kroll.com

www.kroll.com

**Kroll Data Breach Services Hotline — Available 24/7 @ 877.300.6816**

**From:** Vere, Brenda [mailto:brenda.vere@philips.com]
**Sent:** Thursday, May 09, 2013 12:52 PM
**To:** Holley, David A
**Subject:** RE: Robocalling/brand theft concerns

Hello Dave – any idea when you would be providing an estimate and scope?

**From:** Holley, David A [mailto:dholley@Kroll.com]
**Sent:** Wednesday, May 08, 2013 3:55 PM
**To:** Vere, Brenda
**Subject:** RE: Robocalling/brand theft concerns

Brenda, in fact 1-800-420-1299 comes back to "Medical Alert, A Connect America Company."

Regards,

Dave

---

**David A. Holley**
Senior Managing Director
Kroll
10 High Street
  Suite 805
Boston, Massachusetts 02110
Direct: 617-210-7466
Fax: 617-350-7901

Cell: 646-358-6026
dholley@kroll.com

www.kroll.com

**Kroll Data Breach Services Hotline — Available 24/7 @ 877.300.6816**

**From:** Vere, Brenda [mailto:brenda.vere@philips.com]
**Sent:** Wednesday, May 08, 2013 1:27 PM
**To:** Holley, David A; Estrada, Andres
**Subject:** RE: Robocalling/brand theft concerns

We've received about 40 more complaints (that we could track) since last Friday. Two new numbers (lots of repeats from the other numbers provided).

877-698-3261
877-348-6111

**From:** Holley, David A [mailto:dholley@Kroll.com]
**Sent:** Wednesday, May 08, 2013 12:39 PM
**To:** Vere, Brenda; Estrada, Andres
**Subject:** RE: Robocalling/brand theft concerns

Brenda, I have been doing some research this am and last night.

I am trying to cross reference the numbers to people or locations. In general, the numbers are landlines that land in these locations:

- Barneveld, NY – 315
- Bells, TN – 731
- Bamberg, SC – 8003
- Cleveland, OH – 216
- Aliquippa, PA – 724
- Berlin, Maryland – 410
- Allentown, NJ – 609
- Alton, IL – 618
- Ann Arbor, MI – 734
- Osseo, MN - 763

Interesting all in or around big college towns, by the way.

In looking at some data, a company called Telereach Corporate appears to have currently or formerly posted job openings for telemarketers and B2B support in at least Barneveld, NY; Bells, TN; and Bamberg, SC.

Also, and for a reason I cannot yet explain, a search on-line of "call center" and "Barneveld, NY" brings up a website for Lifewatch USA – checking to understand why.

Will revert shortly.

Dave

_____

**David A. Holley**
Senior Managing Director
Kroll
10 High Street
   Suite 805
Boston, Massachusetts 02110
Direct: 617-210-7466
Fax: 617-350-7901
Cell: 646-358-6026
dholley@kroll.com

www.kroll.com

**Kroll Data Breach Services Hotline — Available 24/7 @ 877.300.6816**

**From:** Vere, Brenda [mailto:brenda.vere@philips.com]
**Sent:** Wednesday, May 08, 2013 11:53 AM
**To:** Holley, David A; Estrada, Andres
**Cc:** Vere, Brenda
**Subject:** RE: Robocalling/brand theft concerns

Hello – here are additional phone numbers captured in our Canadian office.

289-796-0030
204-289-1756
(646)-490-2387
(707)- 723-4478
1-800-420-1299

We are starting to see the complaint calls tick up a bit in both US and Canada this week but not the same surge as a few weeks ago.


Thank you,

Brenda Vere
Director, Consumer Segment
Philips Lifeline
*508-988-1533*
*111 Lawrence St,  CH03*
*Framingham, MA 01702*
<image001.png>



**From:** Vere, Brenda
**Sent:** Tuesday, May 07, 2013 4:57 PM
**To:** 'Holley, David A'; Estrada, Andres
**Subject:** RE: Robocalling/brand theft concerns

Hello – Attached are the numbers we have been able to collect.  These are for the most part from Seniors reading their caller id though we have called a few back. (so some may be a little suspect).

Also – This number 888 261 2890 was a call back number two employees were both given when someone actually reached out to her after the initial call. It's the only toll free # we've gotten.

Look forward to understanding potential next steps.

Thank you,

Brenda Vere
Director, Consumer Segment
Philips Lifeline
*508-988-1533*
*111 Lawrence St, CH03*
*Framingham, MA 01702*
<image001.png>

**From:** Holley, David A [mailto:dholley@Kroll.com]
**Sent:** Tuesday, May 07, 2013 3:44 PM
**To:** Vere, Brenda; Estrada, Andres
**Subject:** RE: Robocalling/brand theft concerns

Brenda,

Thank you for your interest in Kroll and we hope to able to assist you with this matter. I thought I would send some questions instead of disturbing you by telephone.

I know from research that this has been happening to Philips and other similar entities – on and off – for a short time.

1. Do you have a list of offending telephone numbers and the approximate dates during which the telephone numbers were used?

2. Have the persons involved also gone to lengths to replicate your homepage or otherwise assume your branding or corporate identity?

3. Have you had any communications with the FCC or any other regulatory agencies?

This will help me better frame the solution and prepare a proposal.

Warm regards,

Dave

------------------------

**David A. Holley**
Senior Managing Director
Kroll
10 High Street
  Suite 805

11/11/2014

Boston, Massachusetts 02110
Direct: 617-210-7466
Fax: 617-350-7901
Cell: 646-358-6026
dholley@kroll.com

www.kroll.com

**Kroll Data Breach Services Hotline — Available 24/7 @ 877.300.6816**

**From:** Vere, Brenda [mailto:brenda.vere@philips.com]
**Sent:** Tuesday, May 07, 2013 3:27 PM
**To:** Estrada, Andres
**Cc:** Holley, David A
**Subject:** RE: Robocalling/brand theft concerns

Thank you. Information below.

Brenda Vere
Director, Consumer Segment
Philips Lifeline
*508-988-1533*
*Brenda.vere@philips.com*
*111 Lawrence St, CH03*
*Framingham, MA 01702*
<image001.png>


**From:** Estrada, Andres [mailto:aestrada@Kroll.com]
**Sent:** Tuesday, May 07, 2013 3:19 PM
**To:** Vere, Brenda
**Cc:** Holley, David A
**Subject:** Robocalling/brand theft concerns

Brenda,

As promised, my contact information is below. Can you respond with yours?

I want to brief the office head Dave Holley (who is copied on this) about the situation we discussed. We'll be back in touch shortly.

Regards,

Andres


**Andres Estrada**
Associate Managing Director
Kroll Advisory Solutions
10 High Street, Suite 805
Boston, Massachusetts 02110

11/11/2014

Direct: 617-210-7467
Fax: 617-350-7901
aestrada@kroll.com

www.kroll.com

This communication contains information that is confidential,
proprietary in nature, and may also be attorney-client privileged
and/or work product privileged. It is for the exclusive use of the
intended recipient(s). If you are not the intended recipient(s) or
the person responsible for delivering it to the intended
recipient(s), please note that any form of dissemination,
distribution or copying of this communication is strictly
prohibited and may be unlawful. If you have received this
communication in error, please immediately notify the sender by replying
to this message and delete this email immediately. Thank you for your cooperation.

Please be advised that neither Altegrity, its affiliates, its employees
or agents accept liability for any errors, omissions or damages
caused by delays of receipt or by any virus infection in this
message or its attachments, or which may otherwise arise as a
result of this e-mail transmission.

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

11/11/2014