# EXHIBIT "G"

# Kenneth Danielsen

| | |
|---|---|
| **From:** | Vere, Brenda [brenda.vere@philips.com] |
| **Sent:** | Tuesday, October 28, 2014 12:32 PM |
| **To:** | Kenneth Danielsen |
| **Subject:** | FW: Privileged and Confidential |
| **Attachments:** | 1001.mp3; 1003.mp3; 1004.mp3; 1006.mp3; 1010.mp3; 1007.mp3; 1009.mp3; WS700193.wma |

This was the final result.

Some of the #s we got were our service teams contacting our subscribers for real reasons (people were so ramped up they refused to answer and took the call as fraudulent when it was legit service calls)

**From:** Holley, David A [mailto:dholley@Kroll.com]
**Sent:** Wednesday, June 19, 2013 11:57 AM
**To:** Vere, Brenda
**Subject:** Privileged and Confidential

**Privileged and Confidential**

Brenda,

The following summarizes our efforts to date:

1. Within the most recent batch of telephone numbers provided, all have been disconnected and no longer ring to any location. Of the two remaining:

   234-207-5549 – Several attempts, constant busy signal

   713-955-5518 – A recording states " you have been contacted for telemarketing purposes. If you do not wish to receive these calls and wish to be placed on our do not call list press 1". When 1 is pressed the recording asks for your ten digit phone number and states that your number will be removed from the list within 24 hours. Upon entering a ten digit number a recording states "thank you for your call". There is no identification of any telemarketing companies throughout the recording.

2. From the previous batches provided:

   804-569-1077
   A voicemail for David Fuller, at extension 7901. An operator identified Fuller as working for QubicaAMF, a manufacturer of bowling products and bowling scoring systems.

   201-744-2899
   A recording which states "stand by for next available agent". It does not identify a company or organization. After approximately 5 minutes of sporadic "stand by for agent" messages, a recorded "goodbye" message is played and the call is disconnected.

   1-800-594-0829
   An introductory greeting states "Thank you for calling Philips Lifeline, the number 1 medical alert service trusted by healthcare professionals across the country". When prompted to talk to a customer service

representative, a live person answered and identified himself as "Jessie". He answered saying "Thank You for calling Philips Life Line". He identified the company as being an emergency response company where they provide a button to wear where you can push for medical help and questioned if I were interested in placing an order. If we can determine that this is not a legitimate telephone number for Philips Lifeline, I can call back and see what is needed to place an order. Unlike the calls we placed last week to New Boomers Alert, this sounded legitimate.

519-351-1110
An introductory greeting states "Thank You for calling Philips Lifeline, A representative will be with you shortly". A female then picked up and stated "Thank You for calling Lifeline Lambton, Elizabeth speaking". She identified the company as Philips Lifeline, and asked if I were a responder to someone who has lifeline. She explained that Philips Lifeline is a button you press if there is a medical emergency. She went on to explain that the number I dialed was located in Lambton, Canada, and that the main Philips Lifeline office in Canada is based in Toronto. When questioned about the US, she stated that Philips Lifeline is based in Massachusetts. Like the above number, If we can determine that this is not a legitimate telephone number for Philips Lifeline, I can call back and see what is needed to place an order.

877-858-7463
Call goes to California Lifeline and Federal Lifeline program recording. Database reveals it is a California based phone service for low income families and is not related to a medical alert company.

877-348-6111
A female answered and identified "Tunstall Americas". She stated that Tunstall provides emergency response systems and is affiliated with Cedars Sinai Hospital in California. When questioned if they were similar to lifeline systems but denied having any affiliation with Philips Lifeline Systems. She stated that the Tunstall service I dialed was specific to Cedars Sinai, and that if I were interested in service in NY, they have a corporate office in New York, and provided a contact number of 1-800-286-2622. This number identifies a company called "VoiceCare Medical Alert Systems".

800-700-4442
A greeting identifies "Arriva Medical, Americas number one choice for medical supplies". A representative in customer service stated that the company is a national provider of diabetic testing supplies. When questioned she stated that the company does not operate as a medical alert service. Database lists the company as operating out of Coral Springs, Florida.

954-660-2388
"Arriva Medical" same as above - A representative in customer service stated that the company is a national provider of diabetic testing supplies. When questioned she stated that the company does not operate as a medical alert service. Database lists the company as operating out of Coral Springs, Florida.

888-320-9830
All calls placed have identified the medical alert company "New Boomers Alert". Website "nboomersalert.com". They have not revealed the name of the telemarketing company, and have not insinuated it is our clients company thus far.

---

We would ask that you continue to provide us with new numbers as the complaints come in. The third party seems to be using VOIP and therefore very difficult to trace. For example, we did attempt to trace a few:

11/11/2014

888-261-2890
This is a VOIP number

877-698-32612
The Young Israel of Hillcrest
169-07 Jewel Ave
Hillcrest, NY 11365

877-348-6111
Cedars-Sinai
Senior Services
8700 Beverly Blvd
Los Angeles, CA 90048

800-420-1299
Medical Alarm Company
"A Connect America Company"

877-698-3261
My Team – One Call (One Call Now)
Team Care

_____

Since no one has referenced Philips when we have baited with a different company (we would suggest a different company in hopes of hearing Philips), we are going to refernce Philips in our calls and see if they respond, "Yes, that's the one…" in response.

Please keep the numbers coming, as the VOIP lines change quickly.

I have attached some sample calls to see what we are working with.

Regards,

Dave

_____

**David A. Holley**
Senior Managing Director
Kroll
10 High Street
  Suite 805
Boston, Massachusetts 02110
Direct: 617-210-7466
Fax: 617-350-7901
Cell: 646-358-6026
dholley@kroll.com

www.kroll.com

Kroll Data Breach Services Hotline — Available 24/7 @ 877.300.6816

11/11/2014

This communication contains information that is confidential, proprietary in nature, and may also be attorney-client privileged and/or work product privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) or the person responsible for delivering it to the intended recipient(s), please note that any form of dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by replying to this message and delete this email immediately. Thank you for your cooperation.

Please be advised that neither Altegrity, its affiliates, its employees or agents accept liability for any errors, omissions or damages caused by delays of receipt or by any virus infection in this message or its attachments, or which may otherwise arise as a result of this e-mail transmission.

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

11/11/2014