AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

TODD BANK, Individually and on behalf of others )
*Plaintiff* )
v. ) Civil Action No. 14 CV5312 (JG VMS)
PHILIPS ELECTRONICS OF NORTH AMERICA )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Philips Electronics of North America recover costs from the plaintiff *(name)* Todd Bank

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Gleeson on April 14, 2015 on a motion for dismissal per Fed. Civ. P. 12 and Aug. 4, 2015 denying plaintiff's motion to amend judgment.

Date: _____        *CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*