UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TODD C. BANK, Individually and on Behalf
Of All others Similarly Situated,

                                                   JUDGMENT

                         Plaintiffs,              14-CV-5312 (JG) (VMS)

      -against-

PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,

                          Defendant.
-----------------------------------------------------------------X

        A Memorandum and Order of Dismissal of the Honorable John Gleeson, United States District Judge, having been filed on April 14, 2015, granting Defendant's motion to dismiss for failure to state a claim and denying Defendant's motion for sanctions; and a Memorandum and Order of the Honorable John Gleeson, United States District Judge, having been filed on August 4, 2015, denying Plaintiff's motion to amend the judgment; and an Order of the Honorable John Gleeson, United States District Judge, having been filed on August 10, 2015, granting Defendant's motion for judgment as a matter of law and ordering that Defendant may not recover costs from Plaintiff;  it is

        ORDERED and ADJUDGED that this action is dismissed; and that judgment is entered in favor of Defendant; and that Defendant shall not recover costs from Plaintiff.


Dated: Brooklyn, New York                            Douglas C. Palmer
       August 10, 2015                                 Clerk of Court

                                            By:   */s/ Brenna B. Mahoney*
                                                    Brenna B. Mahoney
                                                    Chief Deputy for
                                                    Court Operations